SECURITY TANK & TOWER CORPORATION and Liberty Mutual Insurance Company, Movants,

v.

Bill F. FIELDS et al., Respondents.

Supreme Court of Kentucky.

Dec. 19, 1978.

Robert G. Hunt, King, Deep & Branaman, Henderson, for movants.

Paul E. Bugay, Owensboro, John Riehl, Jr., Dept. of Labor, Louisville, Donald Campbell, Director, Workmen's Compensation Bd., Frankfort, for respondents.

OPINION AND ORDER

The motion of Security Tank & Tower Corporation and Liberty Mutual Insurance Company for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered September 1, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn,* Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.